**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SAMUEL M. HEWITT,

Plaintiff,

v. Case No. 8:26-cv-581-TPB-LSG

RAMONE K. HIBBERT, et al.,

Defendants.
_________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on consideration of the report and recommendation of Lindsay S. Griffin, United States Magistrate Judge, entered on July 17, 2026. (Doc. 9). Judge Griffin recommends that the amended complaint (Doc. 5) be dismissed without leave to amend and that the motion to proceed *in forma pauperis* (Doc. 2) be denied. No objection to the report and recommendation has been filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis,* 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th

Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Griffin's well-reasoned report and recommendation, the Court adopts the report and recommendation in full. Consequently, the amended complaint is dismissed and the motion to proceed *in forma pauperis* is denied.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Griffin's report and recommendation (Doc. 9) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED**.

(3) The amended complaint (Doc. 5) is dismissed without leave to amend. The Clerk is directed to terminate any pending motions and close the case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 5th day of August, 2026.

TOM BARBER
UNITED STATES DISTRICT JUDGE